UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FELIX A. GONZALEZ,

    Plaintiff(s),

v.                                               CASE NO:   8:20-cv-1986-T-30TGW

COLWILL ENGINEERING ELECTRICAL, INC.,

    Defendant(s).
_____

## ORDER

THIS CAUSE comes before the Court on the Joint Motion to Approve Settlement, Joint Motion for in Camera Review or, In the Alternative, Joint Motion for Status Conference. (Dkt. 10). Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1. The Joint Motion to Approve Settlement (Dkt. 10) is GRANTED.

2. The settlement is approved.

3. This action is DISMISSED WITH PREJUDICE.

4. All pending motions are denied as moot.

5. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Tampa, Florida, this 12th day of November, 2020.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record